**RACHAEL SWERNOFSKY**
Nevada Bar No. 15465
**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
(214) 560-5443
(214) 871-2111 Fax
rswernofsky@qslwm.com
*Counsel for Trans Union LLC*

\*\*Designated Attorney for Personal Service\*\*
Kurt Bonds, Esq.
Nevada Bar No.: 6228
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ERIKA ANDERSON, RICHARD BAGNATE, KAMALIHA BREWSTER, CRAIG PETERS, JOHN PIPES, EDUARDO WADE, and LARA WILLIAMS,<br><br>Plaintiffs,<br><br>v.<br><br>TRANS UNION, LLC,<br><br>Defendant. | Case No. 2:22-cv-01214-GMN-NJK<br><br>**JOINT MOTION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiffs Erika Anderson, Richard Bagnate, Kamaliha Brewster, Craig Peters, John Pipes, Eduardo Wade and Lara Williams ("Plaintiffs") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Motion Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiffs' Complaint.

On July 28, 2022, Plaintiffs filed their Complaint in this Court against Trans Union LLC ("Trans Union") alleging claims pursuant to the Fair Credit Reporting Act ("FCRA"), 15 § 1681, *et seq.* The current deadline for Trans Union to answer or otherwise respond to Plaintiffs' Complaint is August 24, 2022.

5787841.1

Plaintiffs have agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiffs' Complaint up to and including September 14, 2022. This is the first motion for extension of time for Trans Union to respond to Plaintiffs' Complaint.

Trans Union requires additional time to locate and assemble the documents relating to Plaintiffs' allegations, any disputes submitted to Trans Union, and Trans Union's investigation of any such disputes. Trans Union's counsel will need additional time to review the documents and respond to the allegations in Plaintiffs' Complaint. This Joint Motion is made in good faith and not for the purposes of delay.

Dated this 23rd day of August 2022.

**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**

*/s/ Rachael Swernofsky*
Rachael Swernofsky
rswernofsky@qslwm.com
Nevada Bar No. 15465
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
(214) 560-5443
(214) 871-2111 Fax
**COUNSEL FOR TRANS UNION LLC**

**KRIEGER LAW GROUP, LLC**

*/s/ Shawn W. Miller*
David H. Krieger
dkrieger@kriegerlawgroup.com
Nevada Bar No. 9086
Shawn W. Miller
smiller@kriegerlawgroup.com
Nevada Bar No. 7825
5502 S. Fort Apache Road, Suite 200
Las Vegas, NV 89148
(702) 848-3855
**COUNSEL FOR PLAINTIFFS**

5787841.1

## ORDER

The Joint Motion for Extension of Time for Trans Union LLC to file an answer or otherwise respond to Plaintiffs' Complaint is so ORDERED AND ADJUDGED.

Dated this  24  day of  August  2022.

_____
**UNITED STATES MAGISTRATE JUDGE**

5787841.1

3