Miles N. Clark, Esq.
Nevada Bar No. 13848
LAW OFFICES OF MILES N. CLARK, LLC
5510 S. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 552-2370
Email: miles@milesclarklaw.com

Shawn W. Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
5502 S. Fort Apache Rd, Suite 200
Las Vegas, NV 89148
Phone: (702) 848-3855
Email: smiller@kriegerlawgroup.com

*Counsel for Plaintiffs*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| ERIKA ANDERSON; RICHARD BAGNATE; KAMALIHA BREWSTER; CRAIG PETERS; and EDUARDO WADE,<br><br>Plaintiffs,<br><br>v.<br><br>TRANS UNION, LLC,<br><br>Defendant. | Case No. 2:22-cv-01214-GMN-NJK<br><br>**AMENDED STIPULATION AND PROPOSED ORDER TO EXTEND THE DISCOVERY AND CASE MANAGEMENT DEADLINES**<br><br>**[SECOND REQUEST]**<br><br>Complaint filed: July 28, 2022<br><br>Assigned to Hon. Judge Gloria M. Navarro |

Plaintiffs Erika Anderson, Richard Bagnate, Kamaliha Brewster, Craig Peters, and Eduardo Wade ("Plaintiffs") and Defendant Trans Union LLC ("the Parties") hereby jointly move to extend all deadlines set forth in the Stipulated Discovery Plan and Scheduling Order filed with this Court on February 8, 2023, (ECF No. 28) by a period of fourteen (14) days.

1. On July 28, 2022, Plaintiffs filed their Complaint (ECF No. 1), against Defendant Trans Union.

2. Trans Union filed its Answer to Plaintiffs' Complaint on September 14, 2022 (ECF No. 10).

3. On October 27, 2022, Plaintiffs filed their First Amended Complaint (ECF No. 19), against Defendant Trans Union.

4. Trans Union filed its Answer to Plaintiffs' First Amended Complaint on November 10, 2022 (ECF No. 21).

5. On November 15, 2022, Trans Union filed its Notice of Filing Motion to Transfer Action Pursuant to 28 USC 1407 for Coordinated or Consolidated Pretrial Proceedings (ECF No. 23).

6. On February 6, 2023, the United States Judicial Panel on Multidistrict Litigation issued its Order Denying Transfer.

7. On February 7, 2023, the Parties filed a Joint Stipulation Extending Discovery Deadlines (ECF No. 26).

8. On February 8, 2023. The Court issued its Order Granting the Stipulation Extending Discovery Deadlines, which closes discovery on May 12, 2023 (ECF No. 28).

9. To date, the Parties have exchanged initial disclosures and completed written discovery. Both parties have exchanged a voluminous number of documents; Plaintiffs have disclosed nearly 1,000 pages of documents, and Trans Union has disclosed approximately 3,000 pages of documents.

10. Plaintiffs served their written discovery on Trans Union on February 9, 2023, and Trans Union served written discovery on each other on February 10, 2023. The parties served their respective written discovery responses on April 3, 2023, after several stipulated extensions which permitted the parties to conduct extensive settlement negotiations in an effort to resolve this matter without further court involvement.

11. Trans Union served its deposition notices on April 14, 2023. Plaintiff anticipates serving a 30(b)(6) notice of deposition on Trans Union by the end of today.

12. The Parties are in the process of scheduling up to ten depositions in this matter: one

for each of the Plaintiffs, and up to five corresponding 30(b)(6) depositions of Trans Union.[1] Several of the Plaintiffs are unable to sit for the deposition prior to the close of discovery, given prior commitments; at least one deponent will likely be deposed on a Saturday.

13. The Parties require an additional (14) fourteen days to complete deposition scheduling arising from issues and concerns about receiving transcripts in time for Motion practice. Specifically, the Parties are in the process of scheduling five plaintiff depositions and corresponding depositions of Trans Union's corporate witness, and several depositions may be taken out of time under FRCP 29. There is a concern that, given availability of all sides to conduct depositions, that insufficient time prior to the onset of motion practice may exist to obtain and use deposition transcripts for use in anticipated summary-judgment motion practice without a brief extension. Moreover, the parties are attempting to resolve discovery-related issues – some of which Plaintiff contends occurred as a result of Trans Union's April 14, 2023 Rule 11 letter to Plaintiffs – without needing to burden the Court with discovery motion practice and prior to Trans Union's 30(b)(6) deposition. Therefore, the Parties believe they meet the excusable neglect standard for seeking this brief extension.

14. This is the Parties' second request to extend these deadlines.

15. No party will be prejudiced by this Court granting this Stipulation as all parties jointly seek an extension of these deadlines. Moreover, the Parties believe that allowing the extension will serve the ends of judicial economy.

Accordingly, the parties request adoption of the following deadlines:

a. **Discovery Plan**:

Last date to complete discovery: **May 26, 2023**

Amendments to pleadings and addition of parties: **Closed**

Last date to disclose Experts: **Closed**

---

[1] Because this is a consolidated proceeding involving several plaintiffs whose facts largely turn on the same operative issues, Plaintiff has proposed, in this matter only, that Trans Union's 30(b)(6) deposition for all five Plaintiffs be consolidated into one or, at most, two days of questioning.

Last date to disclose rebuttal Experts: **Closed**

Last date to file dispositive Motions: **July 25, 2023**

    b.    **Pre-Trial Order**: The parties shall file a joint pretrial order no later than **August 24, 2023**, or thirty (30) days after the date set for filing dispositive motions. In the event that parties file dispositive motions, the date for filing the joint pretrial order shall be suspended until thirty (30) days after decision on the dispositive motion or further order of the Court.

WHEREFORE, Plaintiffs and Trans Union respectfully request this Honorable Court (1) extend discovery in the present matter as set forth above; and (2) reissue a new Scheduling Order to reflect the requested extension

## ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: April 28, 2023