**JAMES ACOSTA**
*Admitted Pro Hac Vice*
**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**
6900 N. Dallas Parkway, Suite 800
Plano, TX 75024
(214) 560-5440
(214) 871-2111 Fax
jacosta@qslwm.com
***Counsel for Trans Union LLC***

**Designated Attorney for Personal Service**
Kurt Bonds, Esq.
Nevada Bar No.: 6228
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ERIKA ANDERSON, RICHARD BAGNATE, KAMALIHA BREWSTER, CRAIG PETERS, EDUARDO WADE, and LARA WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC,<br><br>Defendants. | Case No. 2:22-cv-01214-GMN-NJK<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFFS ERIKA ANDERSON AND CRAIG PETERS, ONLY** |

Plaintiffs Erika Anderson and Craig Peters, and Defendant Trans Union LLC file this Stipulation of Dismissal with Prejudice and in support thereof would respectfully show the court as follows:

There are no longer any issues in this matter between Erika Anderson and Craig Peters and Trans Union LLC to be determined by this Court. Plaintiffs Erika Anderson and Craig Peters and Trans Union LLC hereby stipulate that all claims and causes of action that were or could have been asserted against Trans Union LLC are hereby dismissed with prejudice, with court costs and attorneys' fees to be paid by the party incurring same.

6272030.1

1

Dated this 5th day of May 2023.

| | |
|---|---|
| */s/ James Acosta* | */s/ Miles N. Clark* |
| James Acosta | Shawn W. Miller |
| jacosta@qslwm.com | smiller@kriegerlawgroup.com |
| Quilling, Selander, Lownds, Winslett & Moser, P.C. | Krieger Law Group, LLC |
| *Admitted Pro Hac Vice* | 5502 S. Fort Apache Road, Suite 200 |
| Parkway, Suite 800 | Las Vegas, NV 89148 |
| Plano, TX 75024 | (702) 848-3855 |
| (214) 560-5440 | and |
| (214) 871-2111 Fax | Miles N. Clark |
| **Counsel for Trans Union LLC** | miles@milesclarklaw.com |
| | Law Offices of Miles N. Clark, LLC |
| | 5510 S. Fort Apache Road, Suite 30 |
| | Las Vegas, NV 89148-7700 |
| | (702) 856-7430 |
| | (702) 447-8048 Fax |
| | **Counsel for Plaintiff** |

## ORDER

**IT IS SO ORDERED**

May 5, 2023

**HONORABLE GLORIA M. NAVARRO**
**UNITED STATE DISTRICT JUDGE**

6272030.1

2