UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ERIKA ANDERSON, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>TRANS UNION, LLC,<br><br>　　　　Defendant. | Case No. 2:22-cv-01214-GMN-NJK<br><br>**Order**<br><br>[Docket No. 44] |

Pending before the Court is Plaintiffs' motion to seal portions of their motion to compel and certain exhibits thereto. Docket No. 44. Plaintiffs seek to seal, among other things, Exhibits 9, 10, 11A, 11B, and 11C and the portions of their motion discussing those exhibits. *Id.* at 2-3. Plaintiffs' sole reason for seeking sealing of these exhibits is that Defendant has designated the relevant documents "Confidential." *Id.* at 3. Defendant has failed to file the notice required by this Court's order explaining why Exhibits 9, 10, 11A, 11B, and 11C should remain sealed, and the time to do so has now passed. *See* Docket No. 17 at 2; *see also* Docket. Accordingly, Defendant is **ORDERED** to file a notice explaining whether Plaintiffs' motion to seal should be granted as to Exhibits 9, 10, 11A, 11B, and 11C no later than June 8, 2023.

IT IS SO ORDERED.

Dated: June 1, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1