Miles N. Clark, Esq.
Nevada Bar No. 13848
LAW OFFICES OF MILES N. CLARK, LLC
5510 S. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 552-2370
Email: miles@milesclarklaw.com

Shawn W. Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
5502 S. Fort Apache Rd, Suite 200
Las Vegas, NV 89148
Phone: (702) 848-3855
Email: smiller@kriegerlawgroup.com

*Counsel for Plaintiffs*
*Lara Williams; Richard Bagnate; Kamaliha Brewster; and Eduardo Wade*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LARA WILLIAMS; RICHARD BAGNATE; KAMALIHA BREWSTER; and EDUARDO WADE,<br><br>Plaintiffs,<br><br>v.<br><br>TRANS UNION, LLC,<br><br>Defendant. | Case No. 2:22-cv-01214-GMN-NJK<br><br>**STIPULATION AND PROPOSED ORDER OF PLAINTIFF LARA WILLIAMS' DISMISSAL OF DEFENDANT TRANS UNION, LLC, WITH PREJUDICE**<br><br>Complaint filed: July 28, 2022<br><br>Assigned to Hon. Judge Gloria M. Navarro |

PLEASE TAKE NOTICE that there are no longer any issues in this matter between Plaintiff Lara Williams and Trans Union LLC ("Trans Union") to be determined by this Court. Plaintiff and Trans Union hereby stipulate that all claims and causes of action that were or could have been asserted against Trans Union are hereby dismissed with prejudice, with court costs to

//

be paid by the party incurring same.

**IT IS SO STIPULATED.**
DATED: September 11, 2023.

| **LAW OFFICES OF MILES N. CLARK, LLC** | **BUCHANAN INGERSOLL & ROONEY PC** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Samantha L. Southall* |
| Miles N. Clark, Esq. | Samantha L. Southall, Esq. |
| Nevada Bar No. 13848 | (*Admitted Pro Hac Vice*) |
| 5510 S. Fort Apache Rd, Suite 30 | Two Liberty Place |
| Las Vegas, NV 89148 | 50 S. 16th Street, Suite 3200 |
| Email: miles@milesclarklaw.com | Philadelphia, PA 19102 |
|  | Email: samantha.southall@bipc.com |
| **KRIEGER LAW GROUP, LLC** |  |
| Shawn W. Miller, Esq. | **SKANE MILLS LLP** |
| Nevada Bar No. 7825 | Elizabeth A. Skane, Esq. |
| 5502 S. Fort Apache Rd, Suite 200 | Nevada Bar No. 7181 |
| Las Vegas, NV 89148 | Sarai L. Thornton, Esq. |
| Email: smiller@kriegerlawgroup.com | Nevada Bar No. 11067 |
|  | 1120 Town Center Drive, Suite 200 |
| *Counsel for Plaintiffs* | Las Vegas, Nevada 89144 |
|  | Email: eskane@skanemills.com |
|  | Email: sthornton@skanemills.com |
|  |  |
|  | *Counsel for Defendant, Trans Union LLC* |

**ORDER GRANTING**
**STIPULATION OF PLAINTIFF LARA WILLIAMS' DISMISSAL OF DEFENDANT**
**TRANS UNION, LLC, WITH PREJUDICE**

**IT IS SO ORDERED.**

DATED:  September 12 , 2023

U.S. DISTRICT COURT JUDGE

*Anderson et al v. Trans Union, LLC*
*Case No. 2:22-cv-01214-GMN-NJK*

LAW OFFICE OF MILES N. CLARK
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 552-2370
www.milesclarklaw.com

2 of 2