Miles N. Clark, Esq.
Nevada Bar No. 13848
LAW OFFICES OF MILES N. CLARK, LLC
5510 S. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 552-2370
Email: miles@milesclarklaw.com

Shawn W. Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
5502 S. Fort Apache Rd, Suite 200
Las Vegas, NV 89148
Phone: (702) 848-3855
Email: smiller@kriegerlawgroup.com

*Counsel for Plaintiffs*
*Richard Bagnate; Kamaliha Brewster; and Eduardo Wade*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RICHARD BAGNATE; KAMALIHA BREWSTER; and EDUARDO WADE,<br><br>Plaintiffs,<br><br>v.<br><br>TRANS UNION, LLC,<br><br>Defendant. | Case No. 2:22-cv-01214-GMN-NJK<br><br>**STIPULATION AND ORDER OF PLAINTIFFS RICHARD BAGNATE, KAMALIHA BREWSTER, AND EDUARDO WADE'S DISMISSAL OF DEFENDANT TRANS UNION, LLC, WITH PREJUDICE**<br><br>Complaint filed: July 28, 2022<br><br>Assigned to Hon. Judge Gloria M. Navarro |

PLEASE TAKE NOTICE that there are no longer any issues in this matter between Plaintiffs Richard Bagnate, Kamaliha Brewster, and Eduardo Wade ("Plaintiffs") and Trans Union LLC ("Trans Union") to be determined by this Court. Plaintiffs and Trans Union hereby stipulate that all claims and causes of action that were or could have been asserted against Trans Union are hereby dismissed with prejudice, with court costs to

LAW OFFICE OF MILES N. CLARK
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 552-2370
www.milesclarklaw.com

be paid by the party incurring same.

**IT IS SO STIPULATED.**
DATED: December 7, 2023.

| **LAW OFFICES OF MILES N. CLARK, LLC** | **BUCHANAN INGERSOLL & ROONEY PC** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Samantha L. Southall* |
| Miles N. Clark, Esq. | Samantha L. Southall, Esq. |
| Nevada Bar No. 13848 | (*Admitted Pro Hac Vice*) |
| 5510 S. Fort Apache Rd, Suite 30 | Two Liberty Place |
| Las Vegas, NV 89148 | 50 S. 16th Street, Suite 3200 |
| Email: miles@milesclarklaw.com | Philadelphia, PA 19102 |
|  | Email: samantha.southall@bipc.com |
| **KRIEGER LAW GROUP, LLC** |  |
| Shawn W. Miller, Esq. | **SKANE MILLS LLP** |
| Nevada Bar No. 7825 | Bernadette Rigo, Esq. |
| 5502 S. Fort Apache Rd, Suite 200 | Nevada Bar No. 7882 |
| Las Vegas, NV 89148 | Elizabeth A. Skane, Esq. |
| Email: smiller@kriegerlawgroup.com | Nevada Bar No. 7181 |
|  | Sarai L. Thornton, Esq. |
| *Counsel for Plaintiffs* | Nevada Bar No. 11067 |
|  | 1120 Town Center Drive, Suite 200 |
|  | Las Vegas, Nevada 89144 |
|  | Email: brigo@skanemills.com |
|  | Email: eskane@skanemills.com |
|  | Email: sthornton@skanemills.com |
|  | *Counsel for Defendant, Trans Union LLC* |

<u>**ORDER GRANTING**</u>
<u>**STIPULATION OF PLAINTIFFS RICHARD BAGNATE, KAMALIHA BREWSTER, AND EDUARDO WADE'S DISMISSAL OF DEFENDANT TRANS UNION, LLC, WITH PREJUDICE**</u>

**IT IS SO ORDERED.** The Clerk of Court is instructed to close the case.

DATED: December 8, 2023

_____
U.S. DISTRICT COURT JUDGE

LAW OFFICE OF MILES N. CLARK
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 552-2370
www.milesclarklaw.com